# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **JUSTIN STEWART LEASE** | § | **PETITIONER** |
| | § | |
| v. | § | Civil No. 1:24-cv-356-HSO-BWR |
| | § | |
| **BURL CAIN** | § | **RESPONDENT** |

## FINAL JUDGMENT OF DISMISSAL

In accordance with the Order entered this date adopting the Magistrate Judge's Report and Recommendation [20], the Court hereby enters judgment pursuant to Federal Rules of Civil Procedure 58.   Accordingly,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Petitioner Justin Stewart Lease's Petition [1] for Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE** for failure to state a cognizable claim for federal habeas relief, or alternatively, **DISMISSED WITHOUT PREJUDICE** for failure to exhaust available state court remedies.   His request for compensation is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 9th day of December, 2025.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE